IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 0 5 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Umar Clark

Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　Civil Action No. 1:21-cv-01113-AT

CARVANA and BRIDGECREST
　　　Defendants,

Defendant

**Motion To Seal.**

Honorable Amy Totenburg,

Your honor even though this case has been dismissed I am humbly requesting that my complaint for this cases be sealed. I fear for my safety and the privacy of my family. People have been logging into Pacer, pulling up my complaints and finding my location information. I have been called, text and even sent mail from individuals who told me they got my information from my complaints. Your honor please for the safety of me and my family please seal this complaint from the public. This has caused me severe anxiety and emotional distress.

Best Regards,

Umar Clark

umar clark
1547 riverwalk trl apt c
atlanta, GA 30349



USPS CERTIFIED MAIL

9214 8901 4298 0459 0671 67

0004658218000011
Honrable Judge Amy totenburg
75 Ted Turner dr sw
atlanta, GA 30303



# See Important Information Enclosed